

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00087-CV

Guamnetta M. **BRIGGS**,
Appellant

v.

**BANK OF AMERICA** and Federal National Mortgage Association,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-13120
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

This appeal is scheduled to be submitted on briefs on December 13, 2016. Appellant filed a motion requesting oral argument. After review, we **DENY** appellant's motion. The appeal will be submitted on the briefs without oral argument.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court